# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Specialty Products Holding Corporation | Case No: 10-11780 (JKF) |
| | Adv. No. 10-53702 |
| | |
| ACandS, Inc. | Case No: 02-12687 (JKF) |
| | Adv. No. 10-53721 |
| | |
| Kaiser Aluminum Corporation | Case No: 02-10429 (JKF) |
| | Adv. No. 10-53719 |
| | |
| Owens Corning | Case No: 00-03837 (JKF) |
| | Adv. No. 10-53720 |
| | |
| USG Corporation | Case No: 01-02094 (JKF) |
| | Adv. No. 10-53712 |

ACandS Asbestos Settlement Trust; Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust; Owens Corning/ Fibreboard Asbestos Personal Injury Trust; and United States Gypsum Asbestos Personal Injury Settlement Trust,

    and

Trust Advisory Committees for ACandS Asbestos Settlement Trust, Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust, Owens Corning/Fibreboard Asbestos Personal Injury Trust, and United States Gypsum Asbestos Personal Injury Settlement Trust,

    and

Hon. Dean M. Trafelet (Ret.), Legal Representative for Future Claimants Against the United States Gypsum Asbestos Personal Injury Settlement Trust,

        Plaintiffs,
  v.

Hartford Accident and Indemnity Co., First
State Insurance Co., New England Insurance
Company, National Union Fire Company of
Pittsburgh, PA, American Home Assurance Co.,
Garlock Sealing Technologies, LLC., Specialty
Products Holding Corp., Delaware Claims
Processing Facility, LLC, and Verus Claims
Services, LLC,

        Defendants.

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR PRETRIAL CONFERENCE ON
DECEMBER 13, 2010, AT 11:00 A.M. BEFORE THE HONORABLE
<u>JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE</u>

**THE PRETRIAL CONFERENCE HAS BEEN CONTINUED TO JANUARY 10, 2011
AT 11:00 A.M.WITH PERMISSION OF THE COURT**

**<u>PRETRIAL CONFERENCE:</u>**

1. Verified Complaint for Declaratory and Injunctive Relief

   A. Specialty Products Holding Corporation Adversary Case No.: 10-53702 - Verified Complaint for Declaratory and Injunctive Relief [Filed: 10/27/10] (Docket No. 1)

      <u>Related Documents:</u>

      a. Summons and Notice of Pretrial Conference [Filed: 11/8/10] (Docket Nos. 10-17)

   B. ACandS, Inc. Adversary Case No.: 10-53721 - Verified Complaint for Declaratory and Injunctive Relief [Filed: 10/28/10] (Docket No. 1)

      <u>Related Documents:</u>

      a. Summons and Notice of Pretrial Conference [Filed: 11/8/10] (Docket Nos. 8-15)

   C. Kaiser Aluminum Corporation Adversary Case No.: 10-53719 - Verified Complaint for Declaratory and Injunctive Relief [Filed: 10/27/10] (Docket No. 1)

      <u>Related Documents:</u>

      a. Summons and Notice of Pretrial Conference [Filed: 11/8/10] (Docket Nos. 8-15)

   D. Owens Corning Adversary Case No.: 10-53720 - Verified Complaint for Declaratory and Injunctive Relief [Filed: 10/27/10] (Docket No. 1)

      <u>Related Documents:</u>

      a. Summons and Notice of Pretrial Conference [Filed: 11/8/10] (Docket Nos. 9-16)

E.  USG Corporation Adversary Case No.: 10-53712 - Verified Complaint for Declaratory and Injunctive Relief [Filed: 10/27/10] (Docket No. 1)

   Related Documents:

   a. Summons and Notice of Pretrial Conference [Filed: 11/8/10] (Docket Nos. 15-22)

Response Deadline: December 8, 2010, at 4:00 p.m.

Responses Received:

   a. Motion to Dismiss Adversary Proceeding filed by American Home Assurance Company, National Union Fire Insurance Company Of Pittsburgh PA. [Filed: 11/18/10] (Specialty Products Holding Corporation Docket No.: 29; ACandS, Inc. Docket No.: 27; Kaiser Aluminum Corporation Docket No.: 29; Owens Corning Docket No.: 29; USG Corporation Docket No. 34)

   b. Motion to Dismiss Adversary Proceeding filed by First State Insurance Company, Hartford Accident and Indemnity Company, New England Insurance Company. [Filed: 11/18/10] (Specialty Products Holding Corporation Docket No.: 31; ACandS, Inc. Docket No.: 29; Kaiser Aluminum Corporation Docket No.: 30; Owens Corning Docket No.: 30; USG Corporation Docket No. 35)

   c. Memorandum of Law in Support of Hartford's Motion to Dismiss filed by First State Insurance Company, Hartford Accident and Indemnity Company, New England Insurance Company. [Filed: 11/18/10] (Specialty Products Holding Corporation Docket No.: 32; ACandS, Inc. Docket No.: 30; Kaiser Aluminum Corporation Docket No.: 31; Owens Corning Docket No.: 31; USG Corporation Docket No. 36)

   d. Motion to Dismiss Adversary Proceeding filed by Specialty Products Holding Corporation. [Filed: 11/18/10] (Specialty Products Holding Corporation Docket No.: 35; ACandS, Inc. Docket No.: 32; Kaiser Aluminum Corporation Docket No.: 33; Owens Corning Docket No.: 33; USG Corporation Docket No. 39)

   e. Appendix in Support of (1) Response of Specialty Products Holding Corp. in Opposition to Motion for Preliminary Injunction and (2) Specialty Products Holding Corp.'s Motion to Dismiss Plaintiffs' Original Verified Complaint and, in the Alternative, to Drop Specialty Products Holding Corp. as a Misjoined Party. [Filed: 11/18/10] (Specialty Products Holding Corporation Docket No.: 37; ACandS, Inc. Docket No.: 32; Kaiser Aluminum Corporation Docket No.: 35; Owens Corning Docket No.: 35; USG Corporation Docket No. 40)

   f. Motion to Dismiss Adversary Proceeding filed by Garlock Sealing Technologies, LLC. [Filed: 11/24/10] (Specialty Products Holding Corporation Docket No.: 46; ACandS, Inc. Docket No.: 42; Kaiser Aluminum Corporation Docket No.: 42; Owens Corning Docket No.: 43; USG Corporation Docket No. 48)

   g. Memorandum of Law In Support Of Garlock Sealing Technologies, LLC's Motion To Dismiss. [Filed: 11/24/10] (Specialty Products Holding Corporation Docket No.: 47; ACandS, Inc. Docket No.: 43; Kaiser Aluminum Corporation Docket No.: 43; Owens Corning Docket No.: 44; USG Corporation Docket No. 49)

h. Plaintiffs' Opposition to the Motion of Hartford Accident and Indemnity Company, First State Insurance Company and New England Insurance Company to Dismiss Plaintiffs' Complaint. [Filed: 12/2/10] (Specialty Products Holding Corporation Docket No.: 63; ACandS, Inc. Docket No.: 60; Kaiser Aluminum Corporation Docket No.: 66; Owens Corning Docket No.: 63; USG Corporation Docket No. 67)

i. Plaintiffs' Opposition to the Motion of National Union Fire Insurance Company of Pittsburgh, PA and American Home Assurance Company to Dismiss for Lack of Jurisdiction, or, in the Alternative to Abstain. [Filed: 12/2/10] (Specialty Products Holding Corporation Docket No.: 65; ACandS, Inc. Docket No.: 62; Kaiser Aluminum Corporation Docket No.: 67; Owens Corning Docket No.: 61; USG Corporation Docket No. 65)

j. Plaintiffs' Opposition to the Motion of Garlock Sealing Technologies, LLC to Dismiss Plaintiffs' Complaint. [Filed: 12/2/10] (Specialty Products Holding Corporation Docket No.: 66; ACandS, Inc. Docket No.: 63; Kaiser Aluminum Corporation Docket No.: 65; Owens Corning Docket No.: 64; USG Corporation Docket No. 68)

Status: The Pretrial Conference is continued to January 10, 2011 at 11:00 a.m.

Date: December 9, 2010

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/Mark T. Hurford*
Bernard G. Conaway (DE No. 2856)
Mark T. Hurford (DE No. 3299)
800 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

Douglas A. Campbell
Philip E. Milch
Stanley E. Levine
1700 Grant Building
Pittsburgh, Pennsylvania 15219
Telephone: (412) 261-0310
Facsimile: (412) 261-5066

*Counsel for Owens Corning/Fibreboard Asbestos Personal Injury Trust and United States Gypsum Asbestos Personal Injury Settlement Trust*

KEATING MUETHING & KLEKAMP PLL
Kevin E. Irwin
Jennifer Morales
Robert G. Sanker
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

*Counsel for ACandS Asbestos Settlement Trust*


FRANK/GECKER LLP
Joseph Frank
Frances Gecker
325 N. LaSalle, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035

LANDIS RATH & COBB, LLP
Adam G. Landis (DE No. 3407)
Kerri K. Mumford (DE No. 4186)
Rebecca L. Butcher (DE No. 3816)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel for Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust*


CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
Rita C. Tobin
375 Park Avenue, 35th Floor
New York, New York 10152
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Ann C. McMillan
James P. Wehner
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

*Counsel to the Trust Advisory Committees for ACandS Asbestos Settlement Trust, Kaiser Aluminum & Chemical Corporation Asbestos Personal Injury Trust, Owens Corning/*

*Fibreboard Asbestos Personal Injury Trust, and United States Gypsum Asbestos Personal Injury Settlement Trust*

KAYE SCHOLER, LLP
Andrew Kress
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Counsel for Hon. Dean M. Trafelet (Ret.), Legal Representative for Future Claimants Against the United States Gypsum Asbestos Personal Injury Settlement Trust*